1
2
3
4
5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LNV CORP., a Nevada corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>STK FINANCIAL, LLC, a California corporation, et al.,<br><br>  Defendants. | Case No:  C 11-00025  SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 7 & 8 |

  The hearing on Plaintiff's Motion to Transfer Case and for Case Management Conference scheduled for May 3, 2011 at 1:00 p.m. is CONTINUED to September 20, 2011 at 1:00 p.m.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required.

  IT IS SO ORDERED.

Dated: April 21, 2011

               *Saundra B. Armstrong*
               SAUNDRA BROWN ARMSTRONG
               United States District Judge